UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TARECK WILLIAMS, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*,     :
:
v.     :     5:23-cv-5189
:
PIPELINERS LOCAL 798 OF THE UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, MICHELS PIPELINE, INC., and MICHEL'S CORPORATION,     :

_____

## O R D E R

**AND NOW,** this 4th day of June, 2024, upon consideration of Plaintiff's "Praecipe to Mark the Case as Discontinued and Ended without Prejudice," ECF No. 9, which appears to be intended as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED THAT:**

1.   The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

2.   The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge